**UNITED STATES of America,**
Plaintiff—Appellee,

v.

**William MONTGOMERY, a/k/a William C. Montgomery,**
Defendant—Appellant.

No. 09–6158.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 29, 2009.

Decided: Aug. 27, 2009.

William Montgomery, Appellant Pro Se. Stephen David Schiller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Montgomery appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Montgomery*, No. 3:03–cr–00216–JRS–2 (E.D.Va. Jan. 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*